# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                 NO. 4:07CR00083-001 SWW

PALMER TYSON STUBBLEFIELD                           DEFENDANT

## **ORDER**

Pending before the Court is defendant's motion to consolidate the hearing in the above-styled matter with the sentencing of the defendant in case number 4:13CR00065 before Judge Kristine G. Baker. The government does not oppose the transfer. Good cause having been shown, the motion [doc #45] is GRANTED.

The Clerk is directed to reassign the above-styled case previously assigned to the docket of District Judge Susan Webber Wright to the docket of District Judge Kristine G. Baker for judicial economy and the convenience of the parties for resolution of the revocation matter in 4:07CR00083-001 and sentencing in 4:13CR00083-001.

IT IS SO ORDERED this 21st day of November 2013.

                                                       /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE